UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. GEARHART,<br>Petitioner,<br>v.<br>ROSEMARY NDOH,<br>Respondent. | Case No. 18-cv-06017-WHO (PR)<br><br>**ORDER EXTENDING TIME**<br><br>Dkt. No. 11 |

Petitioner Gearhart's motion to extend time to file an opposition to respondent's motion to dismiss is GRANTED. (Dkt. No. 11.) The opposition shall be filed on or before **May 1, 2019**. Respondent's reply shall be filed within 15 days after the opposition is filed.

**Because this is a very long extension of time, no further extensions of time will be granted.** If Gearhart fails to file an opposition on or before May 1, 2019, the Court will deem (i) petitioner to have waived his right to file an opposition; and (ii) the motion to dismiss ready for a ruling.

The Clerk shall terminate Dkt. No. 11.

**IT IS SO ORDERED.**

**Dated:** January 31, 2019



WILLIAM H. ORRICK
United States District Judge