UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN A. GEARHART,<br>Petitioner,<br>v.<br>ROSEMARY NDOH,<br>Respondent. | Case No. 18-cv-06017-WHO (PR)<br><br>**ORDER STAYING ACTION** |

Petitioner Gearhart's request for a stay so that he can exhaust his claims in state court is GRANTED under *Rhines v. Webber*, 544 U.S. 269 (2005). (Dkt. No. 17.) The action is STAYED. Nothing further will take place in this action until the Court decides further action is appropriate, or until Gearhart meets the conditions for dissolving the stay.

Gearhart is required to file a petition in the California Supreme Court within 60 days from the date of this order. Within 30 days after obtaining a decision from the state supreme court on his unexhausted claims, Gearhart must file in this Court a motion to dissolve the stay and to reopen federal habeas proceedings.

**Any motion to reopen must contain an amended petition on this Court's form.** The amended petition must include the caption and civil case number used in this order (18-06017 WHO (PR)) and the words FIRST AMENDED PETITION on the first page. Because an amended petition completely replaces the previous petitions, Gearhart must

include in his first amended petition all the claims he wishes to present. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). He may not incorporate material from a prior petition by reference.

The Clerk shall ADMINISTRATIVELY CLOSE the file pending the stay of this action.

**IT IS SO ORDERED.**

**Dated:** September 23, 2019

WILLIAM H. ORRICK
United States District Judge